KEVIN W. ROBERTS
CHAD FREEBOURN
ROBERTS | FREEBOURN, PLLC
313 W. Riverside Ave.
Spokane, WA 92201
Telephone: (509) 381-5262
Facsimile: (509) 473-9026
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTIAN COX, a married man, and PACIFIC COAST FIBER FUELS, LLC, a Washington limited liability company,<br><br>          Plaintiff,<br><br>vs.<br><br>ALLIANT INSURANCE SERVICES, INC., d/b/a MOLONEY + O'NEILL, a Delaware corporation; DAN ROMAIN and JANE DOE ROMAIN, a marital community; FARMIN ROTHROCK & PARROTT, INC., a Washington corporation; and KELLY EGAN and JANE DOE EGAN, a marital community,<br><br>          Defendants. | Case No.: 2:16-cv-00362-SAB<br><br>**DECLARATION OF CHAD FREEBOURN IN OPPOSITION TO DEFENDANTS' MOTION TO STAY LITIGATION** |

I, CHAD FREEBOURN, under penalty of perjury under the laws of the State of Washington, declare and state as follows:

1. I am over the age of 18 and competent to be a witness herein.

DECLARATION OF CHAD FREEBOURN - 1

2. I am an attorney representing the Plaintiffs in the above-captioned case and make the statements contained in this declaration on personal knowledge.

3. Attached hereto as "Exhibit A" is a true and correct copy of the November 1, 2016, letter from Robert A. Dunn sent to Kevin Roberts.

DATED AND SIGNED in Spokane, Washington this 16th day of November, 2016.

_____
CHAD FREEBOURN

DECLARATION OF CHAD FREEBOURN - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16TH day of November, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of such filings to the following:

Robert A. Dunn
bdunn@dunnandblack.com

Richard Wetmore
rwetmore@dunnandblack.com

Alexandria T. Drake
adrake@dunnandblack.com

Scott A. Meyers
Scott.meyers@akerman.com

Kasey F. Dunlap
Kasey.dunlap@akerman.com

Julian Dayal
Julian.dayal@akerman

ROBERTS | FREEBOURN, PLLC

/s/ CHAD FREEBOURN
Kevin W. Roberts, WSBA #29473
Chad Freebourn, WSBA #35624
Attorneys for Plaintiff
313 W. Riverside Ave.
Spokane, WA 99201
Telephone: (509) 381-5262
Fax: (509) 473-9026
Email: kevin@robertsfreebourn.com
chad@robertsfreebourn.com

DECLARATION OF CHAD FREEBOURN - 3

EXHIBIT A



Banner Bank Building
111 North Post, Suite 300
Spokane, WA 99201
p 509 455 8711 . f 509 455 8734

A Professional Service Corporation with Offices in Seattle and Spokane

RECEIVED
NOV 03 2016
Roberts | Freebourn

November 1, 2016

Kevin Roberts
Roberts Freebourn PLLC
313 W. Riverside Ave.
Spokane, WA 99201

  Re: **Cox v. Alliant, et al.**

Dear Attorney Roberts:

  This is in response to your letter to Attorney Eric Gillett dated 10/24/2016. In the future, any communication you wish to engage in regarding this litigation should be in writing to me as we now represent all the defendants in the above referenced case.

  The substance of your argumentative letter will be addressed in pleadings that are forthcoming.

  As for your conclusion that "Mr. Cox will be free to fully compete in order to make a living", you omitted the fact that <u>both</u> of his non-solicitation agreements are for 3 years and <u>both</u> of his non-compete agreements are for 1 year. Alliant fully intends to enforce these valid and binding agreements.

  Lastly, there will be no "pre-litigation mediation to take place within three weeks." On your best day that was wishful thinking.

       Very truly yours,

       DUNN & BLACK, P.S.

       ROBERT A. DUNN