DAVID J. GROESBECK
DAVID J. GROESBECK, P.S.
313 West Riverside Avenue
Spokane, Washington 99201-0209
Telephone: (509) 747-2800
Facsimile: (509) 747-2828
Email: david@groesbecklaw.com

Attorney for Pacific Coast Fiber Fuels, LLC and
Joseph A. Mayo, IV

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTIAN COX, a married man; JOSEPH A. MAYO IV, a married man; and PACIFIC COAST FIBER FUELS, LLC, a Washington limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ALLIANT INSURANCE SERVICES, INC., *dba* MOLONEY + O'NEILL, a Delaware corporation, et al.,<br><br>Defendants. | Case No.: 16-CV-00362-SAB<br><br>JOSEPH A. MAYO, IV'S AND PACIFIC COAST FIBER FUELS, LLC'S RESPONSE TO DEFENDANTS' OPPOSITION TO JOSEPH A. MAYO IV AND PACIFIC COAST FIBER FUELS, LLC'S F.R.C.P. 41 MOTION FOR VOLUNTARY DISMISSAL |



**David J. Groesbeck, P.S.**
Attorney and Counselor
313 West Riverside Avenue
Spokane, Washington 99201-0209
(509) 747-2800

# I. INTRODUCTION

Without filing a motion, Defendants oppose Mr. Mayo's and Pacific Coast Fiber Fuels, LLC's voluntary dismissal. Defendants' opposition should be denied as moot because Mr. Mayo and Pacific Coast Fiber Fuels filed a "F.R.C.P. 41 Motion for Voluntary Dismissal of Actions by Pacific Coast Fiber Fuels, LLC and Joseph A. Mayo IV", (ECF No. 88) which voluntarily dismissed their actions against the Defendants effective March 16, 2017.

# II. ARGUMENT

<u>Joseph A. Mayo, IV and Pacific Coast Fiber Fuels, LLC Properly Filed a Voluntary Dismissal of All of their Claims Against All of the Defendants and therefore Defendants' Opposition thereto should be denied as moot</u>.

On March 16, 2017, Mr. Mayo and Pacific Coast Fiber Fuels, LLC filed a "F.R.C.P. 41 Motion for Voluntary Dismissal of Actions by Pacific Coast Fiber Fuels, LLC and Joseph A. Mayo IV",(ECF No. 88) which voluntarily dismissed <u>all</u> of their actions against <u>all</u> of the Defendants. Fed. R. Civ. P. 41(a) states:

JOSEPH A. MAYO, IV'S AND
PACIFIC COAST FIBER
FUELS, LLC'S RESPONSE TO
DEFENDANTS' OPPOSITION
TO … F.R.C.P. 41 MOTION FOR
VOLUNTARY DISMISSAL - 2



**David J. Groesbeck, P.S.**
Attorney and Counselor
313 West Riverside Avenue
Spokane, Washington 99201-0209
(509) 747-2800

(a) Voluntary Dismissal.

(1) By the Plaintiff.

(A) *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action **without a court order** by filing:

(i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or

(ii) a stipulation of dismissal signed by all parties who have appeared.
…

(B)  *Effect*. Unless the notice or stipulation states otherwise, **the dismissal is without prejudice**.  But if the plaintiff, previously, dismissed any federal-or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

Emphasis added.


LR 41.1furter states:


**(a) By Plaintiff—Voluntary.**  In case of dismissal by filing notice pursuant to Fed.R.Civ.P.41(a)(1), such notice shall contain a statement that no answer, counterclaim, or motion for summary judgment has been served, and shall be signed by the plaintiff or plaintiff's attorney.

JOSEPH A. MAYO, IV'S AND
PACIFIC COAST FIBER
FUELS, LLC'S RESPONSE TO
DEFENDANTS' OPPOSITION
TO … F.R.C.P. 41 MOTION FOR
VOLUNTARY DISMISSAL - 3



**David J. Groesbeck, P.S.**
Attorney and Counselor
313 West Riverside Avenue
Spokane, Washington  99201-0209
(509) 747-2800

The court record reveals, and it is undisputed by Defendants, that Defendants never filed an answer, counterclaim, or motion for summary judgment prior to Mr. Mayo's and Pacific Coast Fiber Fuels, LLC's filing their Fed. R. Civ. P. 41(a)(1)(A)(i) dismissal.

While Joseph A. Mayo, IV and Pacific Coast Fiber Fuels, LLC should have styled their pleading as a "Notice" rather than a "Motion", the pleading comports with Fed. R. Civ. P. 41(a)(1)(A)(i), and LR 41.1 and they should be dismissed from this case without a court order effective on March 16, 2017.

As the Ninth Circuit stated in *Pedrina v. Chun*, 987 F.2d 608, 610 (9th Cir. 1993):

> The language of Rule 41(a)(1) is unequivocal. It permits a plaintiff to dismiss an action 'without order of court.' Fed. R. Civ. P. 41(a)(1). As the Court stated in *American Cyanamid Co. v. McGhee*, 317 F.2d 295, 297 (5th Cir. 1963):
>
> > Th[e] [filing of notice] itself closes the file. There is nothing the defendant can do to fan the ashes of that action into life and the court has no role to play. This is a matter of right running to the plaintiff and may not be extinguished or circumscribed by adversary or court. There is not even a perfunctory order of court closing the file. Its alpha and omega was the doing of the plaintiff alone. He suffers no impairment beyond his fee for filing.

JOSEPH A. MAYO, IV'S AND
PACIFIC COAST FIBER
FUELS, LLC'S RESPONSE TO
DEFENDANTS' OPPOSITION
TO … F.R.C.P. 41 MOTION FOR
VOLUNTARY DISMISSAL - 4



**David J. Groesbeck, P.S.**
Attorney and Counselor
313 West Riverside Avenue
Spokane, Washington 99201-0209
(509) 747-2800

Other Ninth Circuit cases support such a holding as well.  *E.g.*, *Ethridge v. Harbor House Restaurant*, 861 F.2d 1389 (9th Cir. 1988) and *Hells Canyon Pres. Council v. United States Forest Serv.*, 403 F.3d 683 (9th Cir. 2005) (*citing Pedrina* and *Ethridge*.)

### III. CONCLUSION

In sum, despite their efforts, there is no law, case, or fact to support Defendants' opposition pursuant to Rule 41 or LR 41.1.  Based on the authorities cited herein, former plaintiffs Joseph A. Mayo, IV and Pacific Coast Fiber Fuels, LLC respectfully request that the Court deny Defendants' opposition to Mr. Mayo's and Pacific Coast Fiber Fuels, LLC's "F.R.C.P. 41 Motion for Voluntary Dismissal of Actions by Pacific Coast Fiber Fuels, LLC and Joseph A. Mayo IV" as moot.

DATED this 10th day of August, 2017.

DAVID J. GROESBECK, P.S.


/s/ David J. Groesbeck_____
David J. Groesbeck, WSBA No. 24749
David J. Groesbeck, P.S.

JOSEPH A. MAYO, IV'S AND
PACIFIC COAST FIBER
FUELS, LLC'S RESPONSE TO
DEFENDANTS' OPPOSITION
TO … F.R.C.P. 41 MOTION FOR
VOLUNTARY DISMISSAL - 5



**David J. Groesbeck, P.S.**
Attorney and Counselor
313 West Riverside Avenue
Spokane, Washington  99201-0209
(509) 747-2800

313 West Riverside Avenue
Spokane, WA 99201-0209
Telephone:  (509) 747-2800
Facsimile:  (509) 747-2828
david@groesbecklaw.com

Attorney for PACIFIC COAST FIBER
FUELS, LLC and JOSEPH A. MAYO, IV

JOSEPH A. MAYO, IV'S AND
PACIFIC COAST FIBER
FUELS, LLC'S RESPONSE TO
DEFENDANTS' OPPOSITION
TO … F.R.C.P. 41 MOTION FOR
VOLUNTARY DISMISSAL - 6



**David J. Groesbeck, P.S.**
Attorney and Counselor
313 West Riverside Avenue
Spokane, Washington  99201-0209
(509) 747-2800

I HEREBY CERTIFY that on the 10th day of August, 2017, I electronically filed the foregoing with the Clerk of Court using CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| Thomas W. McLane | twm@randalldanskin.com |
| Randall & Danskin | |
| | |
| Alexandria T. Drake | adrake@dunnandblack.com |
| Dunn & Black | |
| | |
| Julian Dayal | julian.dayal@akerman.com |
| Akerman, LLP | |
| | |
| Kasey F. Dunlap | kasey.dunlap@akerman.com |
| Akerman, LLP | |
| | |
| Richard T. Wetmore | rwetmore@dunnandblack.com |
| Dunn & Black | |
| | |
| Robert A. Dunn | bdunn@dunnandblack.com |
| Dunn & Black | |
| | |
| Scott A. Meyers | scott.meyers@akerman.com |
| Akerman, LLP | |
| | |
| James B. King | jking@ecl-law.com |
| Evans Craven & Lackie | |

/s/ David J. Groesbeck_____
David J. Groesbeck, WSBA No. 24749

JOSEPH A. MAYO, IV'S AND
PACIFIC COAST FIBER
FUELS, LLC'S RESPONSE TO
DEFENDANTS' OPPOSITION
TO … F.R.C.P. 41 MOTION FOR
VOLUNTARY DISMISSAL - 7



**David J. Groesbeck, P.S.**
Attorney and Counselor
313 West Riverside Avenue
Spokane, Washington 99201-0209
(509) 747-2800