| | |
|---|---|
| CHRISTIAN COX, a married man; JOSEPH A. MAYO IV, a married man; PACIFIC COAST FIBER FUELS LLC, a Washington limited liability company,<br><br>    Plaintiffs,<br><br>    v.<br><br>ALLIANT INSURANCE SERVICES, INC., d/b/a MOLONEY + O'NEILL, a Delaware corporation; DAN ROMAIN and JANE DOE ROMAIN, a marital community; FARMIN ROTHROCK & PARROTT, INC., a Washington corporation; and KELLY EGAN and JANE DOE EGAN, a marital community,<br><br>    Defendants. | NO. 2:16-cv-00362-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR ORDER OF DISMISSAL** |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Before the Court is Plaintiff Cox's Stipulated Motion for Order Dismissing Eighth and Eleventh Causes of Action (Civil Conspiracy/Antitrust Violations) and Fifth Prayer for Relief with Prejudice, ECF No. 133. The motion was heard without oral argument.

//

**ORDER GRANTING MOTION FOR ORDER OF DISMISSAL** + 1

Plaintiff Christian Cox and Defendants stipulate that Plaintiff Cox's eighth cause of action for civil conspiracy, eleventh cause of action for antitrust violations, and fifth prayer for relief seeking treble damages and costs be dismissed with prejudice and without fees or costs to any party. Pursuant to Fed. R. Civ. P. 15(a)(2) and the joint wishes of the parties, the Court finds good cause to grant the motion. This Order has no effect on the claims stated by other plaintiffs in this matter.

Accordingly, **IT IS HEREBY ORDERED:**

1. Plaintiff Cox's Stipulated Motion for Order Dismissing Eighth and Eleventh Causes of Action (Civil Conspiracy/Antitrust Violations) and Fifth Prayer for Relief with Prejudice, ECF No. 133, is **GRANTED**.

2. Plaintiff Cox's eighth cause of action for civil conspiracy, eleventh cause of action for antitrust violations, and fifth prayer for relief seeking treble damages and costs are **DISMISSED WITH PREJUDICE** and without fees or costs to any party.

3. This Order shall have no effect on the claims stated by other plaintiffs in the above-captioned case.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 29th day of September 2017.



Stanley A. Bastian
United States District Judge

**ORDER GRANTING MOTION FOR ORDER OF DISMISSAL** + 2