ROBERT A. DUNN
RICHARD T. WETMORE
ALEXANDRIA T. DRAKE
DUNN & BLACK, P.S.
111 North Post, Ste. 300
Spokane, WA 99201-0907
Telephone: (509) 455-8711
Facsimile: (509) 455-8734
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTIAN COX, a married man; JOSEPH A. MAYO IV, a married man; and PACIFIC COAST FIBER FUELS, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLIANT INSURANCE SERVICES, INC., d/b/a MOLONEY + O'NEILL, a Delaware corporation; DAN ROMAIN and JANE DOE ROMAIN, a marital community; FARMIN ROTHROCK & PARROTT, INC., a Washington corporation; and KELLY EGAN and JANE DOE EGAN, a marital community,<br><br>Defendants. | Case No.: 2:16-cv-00362-SAB<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO STAY (ECF No. 142)** |

DEFENDANTS' RESPONSE TO
MOTION TO STAY…- 1

**Dunn&Black**
A Professional Service Corp.
11 1 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

Ironically, Joseph Mayo and Pacific Coast Fiber Fuels, LLC are seeking to stay proceedings arising out of their prior conduct whereby they ignored and disregarded this Court's Stay Order entered December 2, 2016.

Nonetheless, Defendants have no objection to an order staying Plaintiffs' response briefing to Defendants' Motion for Judgment on the Pleadings (ECF No. 137) until the November 7, 2017 hearing date set for Mayo/Pacific's Motion for Reconsideration (ECF No. 141). Defendants, however, do not concede to Plaintiffs' erroneous position that a denial of their motion is "immediately appealable." Accordingly, Mayo/Pacific's response to Defendants' Motion for Judgment on the Pleadings would be due 21 days from November 7, 2017, with Defendants' reply brief due 14 days after Mayo/Pacific's response brief is filed in accordance with LR 7.1(b) and (c).

DATED this 11th day of October, 2017.

>DUNN & BLACK, P.S.
>
>s/ ROBERT A. DUNN
>ROBERT A. DUNN, WSBA No. 12089
>RICHARD T. WETMORE, WSBA No. 40396
>ALEXANDRIA T. DRAKE, WSBA No. 45188
>Attorneys for Defendants
>Dunn & Black, P.S.
>111 North Post, Ste. 300
>Spokane, WA 99201-0907
>Telephone: (509) 455-8711
>Fax:        (509) 455-8734
>Email:   bdunn@dunnandblack.com

DEFENDANTS' RESPONSE TO
MOTION TO STAY…- 2

**Dunn&Black**
A Professional Service Corp.
11 1 North Post, Suite 300
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of October, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of such filings to the following:

- David J Groesbeck    david@groesbecklaw.com, kelly@groesbecklaw.com

    James Bernard King    jking@ecl-law.com, kschulman@ecl-law.com

    Julian Dayal    julian.dayal@akerman.com, kelley.evans@akerman.com

    Kasey F Dunlap    kasey.dunlap@akerman.com, chicalendarclerk@akerman.com

    Scott A Meyers    scott.meyers@akerman.com, kelley.evans@akerman.com, rich.nighswander@akerman.com

    Thomas W McLane    twm@randalldanskin.com, tlg@randalldanskin.com

> DUNN & BLACK, P.S.
>
> s/ ROBERT A. DUNN
> ROBERT A. DUNN, WSBA No. 12089
> Attorneys for Defendants
> Dunn & Black, P.S.
> 111 North Post, Ste. 300
> Spokane, WA 99201-0907
> Telephone: (509) 455-8711
> Fax:          (509) 455-8734
> Email:    bdunn@dunnandblack.com

DEFENDANTS' RESPONSE TO MOTION TO STAY…- 3