FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 14, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTIAN COX, a married man; JOSEPH A. MAYO IV, a married man; PACIFIC COAST FIBER FUELS, LLC, a Washington limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ALLIANT INSURANCE SERVICES, INC., d/b/a MOLONEY + O'NEILL, a Delaware corporation; DAN ROMAIN and JANE DOE ROMAIN, a marital community; FARMIN ROTHROCK & PARROTT, INC., a Washington corporation; and KELLY EGAN and JANE DOE EGAN, a marital community,<br><br>Defendants. | NO. 2:16-cv-00362-SAB<br><br>**ORDER DISMISSING CASE** |

    Before the Court is Defendants' Stipulated Motion for Order of Dismissal With Prejudice, ECF No. 170. The parties stipulate that this case should be dismissed with prejudice and without attorneys' fees or costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court grants the motion.

**ORDER DISMISSING CASE** + 1

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendants' Stipulated Motion for Order of Dismissal With Prejudice, ECF No. 170, is **GRANTED**.

2. The above-captioned case **DISMISSED with prejudice** and without an award of costs or attorneys' fees to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel and close the file.

**DATED** this 14th day of March 2018.



_____
Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE** + 2